UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>            Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>            Defendants. | Case No. 4:20-cv-06887-KAW<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXTEND DEADLINE TO FILE FIRST AMENDED COMPLAINT**<br><br>Re: Dkt. No. 28 |

On March 9, 2022, the undersigned granted Defendant's motion to dismiss and ordered Plaintiff to file an amended complaint by April 25, 2022. (Dkt. No. 27.) On April 22, 2022, Plaintiff filed an administrative motion to continue the deadline for filing to May 30, 2022, because he requires additional time to obtain responses to Freedom of Information requests from the San Francisco Department of Police Accountability in order to plead certain factual allegations. (Dkt. No. 28 at 2.) On April 26, 2022, Defendant filed an opposition to the request arguing that Plaintiff's motion is untimely under Civil Local Rule 7-11(a), and that Plaintiff has not shown diligence in obtaining the information he now seeks. (Dkt. No. 29 at 2.)

While the Court does not believe that Plaintiff requires the information requested to plead sufficient facts in the amended complaint, Plaintiff is pro se, so the motion is GRANTED, and the deadline to file an amended complaint is extended to **May 31, 2022.** No further extensions will be provided, and Plaintiff is advised that the failure to timely file an amended complaint may result in the case being dismissed with prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: May 26, 2022

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge