UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>              Plaintiff,<br><br>       v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>              Defendants. | Case No. 4:20-cv-06887-KAW<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 31 |

On March 9, 2022, the undersigned granted Defendant's motion to dismiss and ordered Plaintiff to file an amended complaint by April 25, 2022. (Dkt. No. 27.)  On April 22, 2022, Plaintiff filed an administrative motion to continue the deadline for filing to May 30, 2022, because he requires additional time to obtain responses to Freedom of Information requests from the San Francisco Department of Police Accountability in order to plead certain factual allegations. (Dkt. No. 28 at 2.)  The Court granted Plaintiff's request and extended the deadline to file the amended complaint to May 31, 2022. (Dkt. No. 30 at 1.)  In doing so, the undersigned informed Plaintiff that the documents requested were not necessary for amendment. *See id.* Additionally, Plaintiff was advised that no further extensions would be provided, and that the failure to timely file an amended complaint may result in the case being dismissed with prejudice for failure to prosecute. *Id.*

Despite these admonitions, on May 31, 2022, Plaintiff filed another administrative motion for an extension of time to file his first amended complaint. (Pl.'s Mot., Dkt. No. 31.)  Plaintiff's request is DENIED, and Plaintiff is ORDERED TO SHOW CAUSE by **June 17, 2022** why this case should not be dismissed for failure to prosecute.  Plaintiff must also file his first amended complaint by **June 17, 2022**. These must be filed as separate documents.  **The failure to both**

**timely respond to this order to show cause and file the first amended complaint by June 17, 2022 will result in this case being dismissed with prejudice for failure to prosecute.**

IT IS SO ORDERED.

Dated: June 3, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge